IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

**FILED**
DEC 1 2 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| **COPPERAS COVE ECONOMIC DEVELOPMENT CORPORATION** *Plaintiff* § § § § | |
| v. § | CIVIL NO. 6:17-CV-00160-ADA |
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK** *Defendant* § § § § § | |

## FINAL JUDGMENT

In accordance with the Order Granting Defendant's Motion for Summary Judgment, the Court enters its Judgment as follows:

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (ECF #17) is **GRANTED**.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** this 12th day of December 2018.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE